UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **CV 25-2494 MWF(RAOx)**                           Date: May 22, 2025

Title   ***Beau Crigler v. Smith Power Products, Inc., et al.***

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Notice of Removal was filed by Defendants Jeff Eaton and John de la Hunt on March 21, 2025.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 81(c)(2)(A), the time to respond to the Complaint expired at the latest on April 11, 2025.

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **JUNE 6, 2025**.

- BY DEFENDANTS:  RESPONSES TO THE COMPLAINT ("Response") by Defendants.  The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

    OR

- BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT as to Defendants who have not timely responded to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **CV 25-2494 MWF(RAOx)**                                                   Date:  May 22, 2025

Title        ***Beau Crigler v. Smith Power Products, Inc., et al.***

respond to the Order to Show Cause by **JUNE 6, 2025,** will result in the dismissal of this action.

    IT IS SO ORDERED.

                          Initials of Preparer:  RS/sjm