Mohamed Eldessouky, Esq., State Bar No. 289955
mohamed@eldessoukylaw.com
AnaKaren Jimenez, State Bar No. 345420
ana@eldessoukylaw.com
**ELDESSOUKY LAW, APC**
500 S. Grand Ave., Suite 1500
Los Angeles, CA 90071
Telephone: (213) 788-7887
Facsimile: (310) 547-5898

JS-6

Attorneys for Plaintiff
**BEAU CRIGLER**

Christopher J. Campbell, Esq., SBN 309234
ccampbell@lydecker.com
Victor C. Ng, Esq., SBN 325879
vng@lydecker.com
Emily C. Gunderson, Esq., SBN 328397
egunderson@lydecker.com
**LYDECKER**
523 West Sixth Street, Suite 716
Los Angeles, CA 90014
Telephone: (213) 226-7068

Attorneys for Defendants
**SMITH POWER PRODUCTS, INC., JEFF EATON, and JOHN DE LA HUNT**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAU CRIGLER<br><br>Plaintiff,<br>vs.<br><br>SMITH POWER PRODUCTS, INC., a Delaware corporation; JEFF EATON, an individual; JOHN DE LA HUNT, an individual; and DOES 1 through 25, inclusive<br>Defendants. | Case No.: 2:25-cv-02494-MWF-RAO<br><br>Assigned to: Hon. Michael W. Fitzgerald<br><br>**ORDER ON JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**<br><br>Complaint Filed: September 6, 2024<br>Removed: March 21, 2025<br>Trial Date: January 19, 2027 |



ELDESSOUKY LAW, APC
Phone: (213) 788-7887 | Fax: (213) 788-1920

ELDESSOUKY LAW, APC
Phone: (213) 788-7887 | Fax: (213) 788-1920

The parties having filed a Joint Stipulation of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entire action, including all claims against all Defendants, is dismissed with prejudice.

Each party shall bear its own attorneys' fees, costs, and litigation expenses, except as otherwise provided in the parties' Settlement Agreement.

Pursuant to the parties' stipulation and Settlement Agreement, the Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated this 6th day of October, 2026.

HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE